**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>                     Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>                     Plaintiff,<br><br>vs.<br><br>OPTA (USA) INC. f/k/a OPTA MINERALS (USA) INC.,<br><br>                     Defendant. | Adv. Proc. No. 21-50261 (KBO) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

The undersigned hereby certifies as follows:

1.    On March 26, 2021, George L. Miller, appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates, filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendant OPTA (USA) Inc. f/k/a OPTA Minerals (USA) Inc. (the "Defendant" together with Plaintiff, the "Parties").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

2.  On April 14, 2021, the Parties entered into the *Stipulation for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to the Complaint* [Adv. Docket No. 3], which extended the deadline for the Defendant to respond to the Complaint to May 24, 2021.

3.  The Parties have agreed and entered into a stipulation, subject to this Court's approval, to further extend the Defendant's time to answer or respond to the Plaintiff's Complaint.  Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation.  The stipulation is attached as Exhibit 1 to the proposed form of order.

4.  Accordingly, the Parties request that this Court enter the proposed form of order.

Dated: May 24, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          acaine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Plaintiff*