# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>OPTA (USA) INC. f/k/a OPTA MINERALS (USA) INC.,<br><br>Defendant. | Adv. Proc. No. 21-50261 (KBO)<br><br>**Ref. Adv. Docket No. 4** |

**ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of the *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: May 24th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:234512.1 57095/002